# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TWANDA WILLIAMS AND TRIKEE
WILLIAMS INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR
CHILDREN KEEMANI WILLIAMS,
KEELI WILLIAMS, AND TAYLIN
WILLIAMS

VERSUS

CC'S COFFEE HOUSE, LLC, JOHN
DOE AND JANE DOE

NO.  2021 CW 0520

**JULY 30, 2021**

---

In Re:    CC's Coffee House, LLC, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 657881.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT